### Linda Ann TYLER, Plaintiff–Appellant,

v.

**Gloria Jean RACKLEY; E. Richard Bazzle, Warden of Leath Correctional Institution; Charles Kearney, Jr., Captain; Diane Hamrick, Lieutenant; Melissa Whitt; Bernice Wiggleton, Major; Barbara L. Partiledge, Officer; R. Irby, Mental Health Counselor; Diane Litwer, Grievance Coordinator; Rance Cobb, Principal; Betty Fleming, Sergeant; V.C. Hill, Lieutenant; Barbara Shumate, of Operations at Leath Correctional Institution; T.J. Philson, Captain; Sherri Chandler, Administrative Assistant, Defendants–Appellees.**

No. 00–7213.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Linda Ann Tyler, pro se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, SC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Linda Ann Tyler appeals from the district court's order denying her motion to transfer her case to another judge. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S .C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We deny all of Tyler's outstanding motions, including her motions for reconsideration of this court's prior orders in her case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*